UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Robert Jones
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

THE CITY OF NEW YORK
POLICE OFFICERS AT the
102 PCT IN QUEENS,
NEW YORK CITY In Their
Official and Indiviual capacity
John Doe #1, John Doe #2, John Doe #3

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

COMPLAINT
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☒ Yes ☐ No
(check one)

RECEIVED
MAR 14 2016
PRO SE OFFICE

I.   Parties in this complaint:

A.   List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name   Robert Jones
            ID #   441-15 10212
            Current Institution   R.N.D.C.
            Address   11-11 Hazen Street
                      East Elmhurst, NY 11370

B.   List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name   CITY OF NEW YORK   Shield # _____
                  Where Currently Employed _____
                  Address _____

Defendant No. 2   Name __John DOE #1_____ Shield #_____
Where Currently Employed __120 pct__
Address _____

Defendant No. 3   Name __John DOE #2_____ Shield #_____
Where Currently Employed __120 pct__
Address _____

Defendant No. 4   Name __John DOE #3_____ Shield #_____
Where Currently Employed __120 pct__
Address _____

Defendant No. 5   Name __THE CITY OF NEW YORK__ Shield #_____
Where Currently Employed _____
Address _____

II.   **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur?

__SEE ATTACHED__

B.   Where in the institution did the events giving rise to your claim(s) occur?

C.   What date and approximate time did the events giving rise to your claim(s) occur?

_Rev. 05/2010_                                  2

D. Facts: _____

*What happened to you?*

SEE

*Who did what?*

ATTACHED

*Was anyone else involved?*

*Who else saw what happened?*

## III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

SEE ATTACHED

## IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ____ No ____

*Rev. 05/2010*

3

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ✓   No ___   Do Not Know ___

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ___   No ✗   Do Not Know ___

If YES, which claim(s)? __n/a_____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ___   No ✗

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ___   No ✗

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? __n/a_____

   1. Which claim(s) in this complaint did you grieve? __n/a_____

   2. What was the result, if any? __n/a_____

   3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. __n/a_____

F. If you did not file a grievance:

   1. If there are any reasons why you did not file a grievance, state them here: __Because my claim is against N.Y.P.D and the city of New York__

   2. If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any: _____

N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

my lawyer is aware of the unconstitutional acts N.Y.P.D committed

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount).

SEE

ATTACHED

VI. Previous lawsuits:

On these claims

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____  No _X_

Rev. 05/2010

5

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____N/A_____

Defendants _____N/A_____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____
4. Name of Judge assigned to your case _____
5. Approximate date of filing lawsuit _____N/A_____
6. Is the case still pending? Yes ____ No ____
   If NO, give the approximate date of disposition _____
7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

<div style="border:1px solid">On other claims</div>

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
   Yes ____ No __X__

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____N/A_____

Defendants _____N/A_____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____
4. Name of Judge assigned to your case _____
5. Approximate date of filing lawsuit _____N/A_____
6. Is the case still pending? Yes ____ No ____
   If NO, give the approximate date of disposition _____
7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 5th day of MARCH, 2016.

Signature of Plaintiff _____

Inmate Number  441 - 15- 10212

Institution Address  R.n.D.C
11-11 Hazen Street
east Elmhurst NY
11370

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 5th day of MARCH, 2016 I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

# STATEMENT OF Claim

On the above date and time the plaintiff was visiting his sister in her Brooklyn apartment, during his visit Police officers from the 120 precinct came to the plaintiffs residence, "sisters apartment" unannounced without a search warrant and turned the door knob and entered the plaintiffs sisters apartment and began searching for the plaintiff Robert Jones upon speaking to the plaintiff and his sister who questioned said officers how they gained entry to her apartment, they replied dont worry about that!

cont

## STATEMENT OF Claim cont (1)

at that time the officers (3) police officer began to arrest the plaintiff Robert Jones and took his property "one phone cell" money US. Currency, wallet etc. and transported the plaintiff to the 120th Precinct in Queens where he was charged with grand larceny and taken to criminal court to be arraigned.

# First cause of Action

The plaintiff seeks and demands compensatory damage relief from the City of New York and the NYPD Officers John Doe #1, John Doe #2 and John Doe #3 for the violation of the plaintiffs (Robert Jones) 4th amendment rights under the United States constitution to be free in person, home and personal affect to be free in all the above, the plaintiff was detained, arrested and put in Jail causing duress, hardship and emontianal distress, while these officers purported to act under color

(cont.)

first cause
of action cont. (1)

of state law to perform their duties but acted with malice to cause the plaintiff harm and duress once they entered the dwelling of his sister without probable cause in fact committed burgor(c), tresspass which is a crime without a search warrant, the plaintiff demands $50 million dollars.

## Second cause of Action

The plaintiff demands punitive damage as well monetary damage relief from the city of New York for its employee's for the violation of the plaintiffs civil constitutional Rights to be free from cruel and unusual punishment under the eighth amendment which is guaranteed to the plaintiff, when NYPD officers entered his sister apartment without a 911 call or search warrant and apprehended the plaintiff was a act of malious prosecution, false arrest, and corruption

Second Cause of Action cont (1)

The plaintiff demands monetary damage relief in $10 million dollars, in total the plaintiff seeks $60 million dollars from the City of New York and its employee's for its violations of the plaintiffs civil constitutional rights and all other relief the courts deem, just, proper and equitable.